UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLENNIS HOBBS,

    Plaintiff,

v.                                                   Case No. 3:23cv1510-MCR-HTC

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 8, 2024 (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this Order.

2. The Commissioner's decision denying DIB and SSI benefits is AFFIRMED.

3. The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 14th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**